United States District Court
Southern District of Texas
**ENTERED**
November 18, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FRANCES MCINTIRE-FREEMAN, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:21-CV-02424 |
| | § | |
| DEUTSCHE BANK NATIONAL TRUST | § | |
| COMPANY | § | |
| and | § | |
| SPECIALIZED LOAN SERVICING, | § | |
| LLC, | § | |
| | § | |
| Defendants. | | |

---

**ORDER FOLLOWING TELEPHONE SCHEDULING CONFERENCE
HELD ON November 18, 2021 at 9:15 AM**

Appearances:                    Waived

The following schedule shall govern the disposition of this case:

| | |
|---|---|
| Initial Disclosures due by: | December 2, 2021 |
| New parties/class allegations by: | None |
| Discovery to be completed by: | June 1, 2022 |
| Dispositive motions due by: | July 20, 2022 |
| Docket call to be held at 11:30 AM on: | October 3, 2022 |
| Estimated trial time: 1-2 days | Bench Trial |

The following rulings were made:

- Discovery may be extended by agreement of the parties without Court intervention.  The dispositive motion deadline and docket call dates, however, may not be extended without leave of Court.

- Attorney's fee applications are handled on the papers of the parties after notice.

- Expedited responses are required on all pretrial motions save dispositive motions.

It is so ORDERED.

SIGNED on this 18th day of November, 2021.

_____
Kenneth M. Hoyt
United States District Judge