United States District Court
Southern District of Texas
**ENTERED**
December 06, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FRANCES MCINTIRE-FREEMAN, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:21-CV-02424 |
| | § | |
| DEUTSCHE BANK NATIONAL TRUST | § | |
| COMPANY | § | |
| and | § | |
| SPECIALIZED LOAN SERVICING, LLC, | § | |
| | § | |
| Defendants. | § | |

## ORDER FOLLOWING EXPARTE TELEPHONE CONFERENCE
## HELD ON December 2, 2021 at 10:00 AM

Appearances:      Frances McIntire-Freeman
Brandy Alexander
(Court Reporter: M. Malone)

The following rulings were made:

Order to follow.

It is so ORDERED.

SIGNED on this 2nd day of December, 2021.

_____
Kenneth M. Hoyt
United States District Judge