United States District Court
Southern District of Texas
**ENTERED**
December 09, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| FRANCES MCINTIRE-FREEMAN, § § Plaintiff, § VS. § DEUTSCHE BANK NATIONAL TRUST § COMPANY § and § SPECIALIZED LOAN SERVICING, LLC, § § Defendants. § | CIVIL ACTION NO. 4:21-CV-02424 |

## ORDER ON MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

The motion for leave to withdraw as counsel filed by Brandy M. Alexander came on for consideration with the plaintiff and her counsel present for the conference. After consideration, the motion is granted.

It is ORDERED that Brandy Alexander is discharged as attorney of record for FRANCES MCINTIRE-FREEMAN, et al. All future notices in this cause shall be addressed to Frances McIntire-Freeman at 1623 Beaver Bend Road, Houston, Texas, 77088. As well, this case is STAYED 90 Days, until March 5, 2022, permitting the plaintiff to secure new counsel. The plaintiff has been admonished concerning new counsel and her responsibilities.

It is so ORDERED.

SIGNED on this 2nd day of December, 2021.

_____
Kenneth M. Hoyt
United States District Judge