UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| FRANCES MCINTIRE-FREEMAN, § § § § § § § § § § | |
| Plaintiff, | |
| VS. | CIVIL ACTION NO. 4:21-CV-02424 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, *et al.*, | |
| Defendants. | |

## NOTICE OF SETTING

The parties are hereby notified that a status conference regarding docket call is set for **September 29, 2022, at 8:45 a.m.** and will be handled as a telephone conference. The parties are directed to contact the Court at the number provided in order to participate in the conference call.

Conference number: **713-250-5126**

Conference ID: **45126#**

Conference Password: **13579#**

Date: September 22, 2022                    NATHAN OCHSNER, CLERK

                                          By: C. Horace, Case Manager to
                                              Judge Kenneth M. Hoyt