United States District Court
Southern District of Texas
**ENTERED**
October 06, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| FRANCES MCINTIRE-FREEMAN heir to FRANCIS M. BOYD, deceased,<br>*Plaintiff,*<br><br>v.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY DEAN WITTER CAPITAL 1 INC. TRUST 2006-NC2, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-NC-2; AND SPECIALIZED LOAN SERVICING LLC,<br><br>*Defendants.* | Civil Action No. 4:21-CV-02424 |

## FINAL SUMMARY JUDGMENT

CAME ON for consideration the Motion for Summary Judgment pursuant to Fed. R. Civ. P. 56 (the "Motion") filed by Defendants DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY DEAN WITTER CAPITAL I INC. TRUST 2006-NC2, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-NC-2 ("DB") and SPECIALIZED LOAN SERVICING LLC ("SLS" and with DB, collectively, "Defendants"). Plaintiff did not file a Response. The Motion stands unopposed. Having considered the Motion, Defendants' evidence, Defendants' arguments, and Plaintiff's oral representations during this Court's October 6, 2022 Docket Call, the Court finds that the Motion is meritorious and GRANTS the Motion. It is, therefore,

ORDERED that the Motion shall be, and the same hereby is, **GRANTED**.

ORDERED that Plaintiff take nothing on her claims and causes of action against Defendants.

Likewise standing unopposed are Defendants' assertions in the Motion against Plaintiff and her former counsel, Brandy Alexander, that **(1)** Plaintiff's claims against Defendants lack merit, **(2)** Plaintiff's claims are not well-researched, **(3)** Plaintiff's claims are frivolous, **(4)** Plaintiff's claims are brought only for the purpose of delay, and **(5)** Defendants are entitled to recover reasonable and necessary attorneys' fees and costs as a matter of law. It is, therefore, **ORDERED** that Defendants shall be, and the same hereby are, awarded attorneys' fees and costs in the sum of **$18,219.50 ($17,817.50 in fees + $402 in costs)** payable jointly and severally from Plaintiff and her former counsel, Brandy Alexander, as Defendants request in Defendants' Motion.

ENTERED AT HOUSTON, TEXAS THIS  6th  DAY OF OCTOBER, 2022

_____
THE HONORABLE KENNETH M. HOYT
UNITED STATES DISTRICT JUDGE

2