Case 4:21-cv-02424   Document 28   Filed on 05/16/23 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
May 18, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| FRANCES MCINTIRE-FREEMAN, § § Plaintiff, § § VS. § DEUTSCHE BANK NATIONAL TRUST § COMPANY, *et al.*, § § Defendants. § | CIVIL ACTION NO. 4:21-CV-02424 |

## **CORRECTED FINAL JUDGMENT**

Came on for consideration the motion for summary judgment pursuant to Fed. R. Civ. P., 56, filed by the defendants, Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Dean Witter Capital I Inc., Trust 2006-NC2, Mortgage Pass-Through Certificates, Series 2006-NC-2 ("DB") and Specialized Loan Servicing LLC. The plaintiff failed to file a response and the motion stands unopposed. At docket call, the motion was re-urged by the defendants and the *pro se* plaintiff did not object. Having considered the motion, the defendants' submissions and arguments, and the plaintiff's, oral representations made during this Court's October 6, 2022, docket call, the Court determines that the motion is meritorious and that it should be Granted, in part.

It is ORDERED that the motion shall be, and the same hereby is GRANTED in part; it is further;

ORDERED that the plaintiff take nothing on her claims and causes of action against the defendants. Finally, it is Court's opinion that a reasonable attorney's fee and costs should be

awarded based on the plaintiff's frivolous claims.  It is, therefore, ORDERED that the defendants shall have and recover against the plaintiff attorney's fee and costs in the sum of $18,219.50.

This is a Final Judgment.

SIGNED on May 16, 2023, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge